**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **CHARLESTON MARINE CONTAINERS INC.,** | **C/A No. 2:14-cv-377-DCN** |
| **Plaintiff,** | |
| **v.** | **CONSENT ORDER** |
| **THE SHERWIN-WILLIAMS COMPANY,** | |
| **Defendant.** | |

Whereas, the parties to this Consent Order have resolved Plaintiff's Motion to Compel and have agreed to the terms of this order; accordingly, it is ORDERED:

1. On or before January 19, 2015, Defendant shall produce a privilege log that complies with the Federal Rules of Civil Procedure, if and to the extent required by the Federal Rules of Civil Procedure or other applicable law because of any documents or tangible things withheld from production.

2. On or before January 19, 2015, Defendant shall produce any batch reports, memoranda, records and other materials related to Defendant's quality control efforts, manufacturing, shipping, delivery and storage for each batch of paint Defendant delivered to Plaintiff from November 2011 through February 2012. If Defendant is unable to locate any document responsive to this request, Defendant shall supplement its discovery response accordingly.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON
UNITED STATES DISTRICT JUDGE**

**January 7, 2014
Charleston, South Carolina**